UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| JEFFREY GALE LOCKLEAR, | ) | |
| | ) | C/A No.: 4:17-cv-1202-TER |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| ACTING COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on Plaintiff's motion for an award of attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412. (ECF#23). The Commissioner filed a response indicating no objection to the requested amount of fees.

Upon review of the material submitted to the court and finding the fees to be reasonable and authorized under applicable law, the Court hereby grants an EAJA award to Plaintiff in the amount of Three Thousand, Seven Hundred, and Eighty-Seven Dollars and Fifty Cents ($3,787.50) in attorney fees and Twenty Dollars and Thirty-One Cents ($20.31) in expenses. This award is subject to the Treasury Offset Program, 31 U.S.C. §3716(c)(3)(B) (2006). In the event the Commissioner determines that Plaintiff has no present debt subject to offset and Plaintiff has executed a proper assignment to her counsel, Defendant is directed to make the payment due herein to

Plaintiff's counsel.

    IT IS SO ORDERED.

                                                  s/ Thomas E. Rogers, III
                                                  Thomas E. Rogers, III
                                                  United States Magistrate Judge

September 17, 2018
Florence, South Carolina